# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 15, 2019

### NO. 03-18-00561-CV

**Rosabel Gonzalez d/b/a Nuevo Amanecer Adult Day Care Center,
Rosabel Gonzalez, and Luis Gonzalez, Appellants**

**v.**

**Texas Department of Agriculture, Appellee**

### APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on July 31, 2018. Having reviewed the record, the Court holds that Rosabel Gonzalez d/b/a Nuevo Amanecer Adult Day Care Center, Rosabel Gonzalez, and Luis Gonzalez have not prosecuted their appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.